UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
                                                              :
KATHY WU,                                                     :
                                                              :
                              Plaintiff,                      :   18 Civ. 6344 (LGS)
                                                              :
              -against-                                       :   ORDER
                                                              :
HUNTER BOOT USA LLC,                                          :
                                                              :
                              Defendant.                      :
------------------------------------------------------------- X

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/17/2018
```

LORNA G. SCHOFIELD, District Judge:

The Court has been informed that the Parties have reached a settlement in this case. Accordingly, it is hereby ORDERED that this action is dismissed without costs and without prejudice to restoring the action to the Court's calendar, provided the application to restore the action is made within forty-five (45) days of this Order. Any application to reopen filed after forty-five (45) days from the date of this Order may be denied solely on that basis. Any pending motions are DISMISSED as moot, and all conferences are CANCELED.

Dated: October 17, 2018
       New York, New York

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**